**Electronically Filed
Supreme Court
SCWC-21-0000452
16-JUL-2025
08:46 AM
Dkt. 16 ODAC**

SCWC-21-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHANG Y. AIONA, V,
Petitioner/Plaintiff-Appellant,

vs.

COUNTY OF HAWAIʻI; JOHN A. MEDEIROS, individually and
official capacity, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000452; CASE NO. 3CC16100342K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Plaintiff-Appellant Chang Y. Aiona, V's
application for writ of certiorari filed on May 19, 2025, is
rejected.

DATED:  Honolulu, Hawaiʻi, July 16, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

